**Case Number:** 2020CV030103
**Case Type:** Money
**Case Caption:** Klen, Edward et al v. Weingarten, Richard et al

**Division:** 4B
**Judicial Officer:** Daniel Michael Mcdonald
**Court Location:** Larimer County

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Angry Beavers Llc | Plaintiff | Active | ROGER E CLARK (Clark Williams and Matsunaka LLC) |
| Armed Beavers Llc | Defendant | Active | GERALD LYNN JORGENSEN (Jorgensen Brownell and Pepin PC) |
| Chee Wei Fong | Defendant | Active | GERALD LYNN JORGENSEN (Jorgensen Brownell and Pepin PC) |
| Edward Klen | Plaintiff | Active | ROGER E CLARK (Clark Williams and Matsunaka LLC) |
| Great Western Bank | Defendant | Active | MATTHEW LEE CHUDACOFF (Coan Payton and Payne LLC) MICHAEL CHRISTOPHER PAYNE (Coan Payton and Payne LLC) |
| Gunsmoke Llc | Defendant | Active | GERALD LYNN JORGENSEN (Jorgensen Brownell and Pepin PC) |
| Happy Beavers Llc | Defendant | Active | GERALD LYNN JORGENSEN (Jorgensen Brownell and Pepin PC) |
| Richard Weingarten | Defendant | Active | GERALD LYNN JORGENSEN (Jorgensen Brownell and Pepin PC) |
| Stephen Klen | Plaintiff | Active | ROGER E CLARK (Clark Williams and Matsunaka LLC) |



EXHIBIT
/

**Case History**

| | | |
|---|---|---|
| ☐ | Filed by Plaintiff/Petitioner | Case Number: 2020CV030103 |
| ☐ | Filed by Defendant/Respondent | Case Type: Money |
| ☐ | Filed by Court | Case Caption: Klen, Edward et al v. Weingarten, Richard et al |

Division: 4B

Judicial Officer: Daniel Michael Mcdonald

Court Location: Larimer County

| Download | | | | | Show 20 ▾ | 21 - 25 of 25 |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security | |
|---|---|---|---|---|---|---|---|---|
| ☐ | CB64869D16CAD | 03/10/2020 5:19 PM | Gerald Lynn Jorgensen | Jorgensen Brownell and Pepin PC | Armed Beavers Llc, Richard Weingarten (more) | ☐ | Motion to Dismiss (Related Document) | Motion to Dismiss | Public |
| | | | | | | ☐ | Exhibit - Attach to Pleading/Doc | Motion to Dismiss - Ex... | Protected |
| | | | | | | ☐ | Exhibit - Attach to Pleading/Doc | Motion to Dismiss - Ex... | Protected |
| | | | | | | ☐ | Exhibit - Attach to Pleading/Doc | Motion to Dismiss - Ex... | Protected |
| | | | | | | ☐ | Exhibit - Attach to Pleading/Doc | Motion to Dismiss - Ex... | Protected |
| | | | | | | ☐ | Exhibit - Attach to Pleading/Doc | Motion to Dismiss - Ex... | Protected |
| | | | | | | ☐ | Exhibit - Attach to Pleading/Doc | Motion to Dismiss - Ex... | Protected |
| | | | | | | ☐ | Proposed Order | Proposed Order Re Motion to Dismiss | Public |
| ☐ | 5B830584BA093 | 02/27/2020 1:09 PM | Roger E Clark | Clark Williams and Matsunaka LLC | Edward Klen, Stephen Klen (more) | ☐ | Waiver of Service | Waiver of Service (Gunsmoke, ...) | Public |
| | | | | | | ☐ | Waiver of Service | Waiver of Service (Armed Beav...) | Public |
| | | | | | | ☐ | Waiver of Service | Waiver of Service (Richard Wei...) | Public |
| | | | | | | ☐ | Waiver of Service | Waiver of Service (Chad Wei...) | Public |
| | | | | | | ☐ | Waiver of Service | Waiver of Service (Happy Beavers, LLC) | Public |
| ☐ | F852A9D53159C | 02/18/2020 12:55 PM | Gerald Lynn Jorgensen | Jorgensen Brownell and Pepin PC | Gunsmoke Llc, Richard Weingarten (more) | ☐ | Entry of Appearance | Entry of Appearance | Public |
| ☐ | DB25F22CD04DB | 02/03/2020 3:13 PM | Roger E Clark | Clark Williams and Matsunaka LLC | Edward Klen, Stephen Klen (more) | ☐ | Complaint | Complaint for Monied ... | Public |
| | | | | | | ☐ | Exhibit - Attach to Pleading/Doc | Exhibit A to Complaint ... | Protected |
| | | | | | | ☐ | Exhibit - Attach to Pleading/Doc | Exhibit B to Complaint ... | Protected |
| | | | | | | ☐ | Exhibit - Attach to Pleading/Doc | Exhibit C to Complaint ... | Protected |
| | | | | | | ☐ | Exhibit - Attach to Pleading/Doc | Exhibit D to Complaint ... | Protected |
| | | | | | | ☐ | Exhibit - Attach to Pleading/Doc | Exhibit E to Complaint ... | Protected |
| | | | | | | ☐ | Civil Case Cover Sheet | Civil Case Cover Sheet... | Public |
| | | | | | | ☐ | Summons | Summons (Richard Weingarten) | Public |
| | | | | | | ☐ | Summons | Summons (Chad Wei...) | Public |
| | | | | | | ☐ | Summons | Summons (Gunsmoke ...) | Public |
| | | | | | | ☐ | Summons | Summons (Happy ...) | Public |
| | | | | | | ☐ | Summons | Summons (Armed Beavers, LLC) | Public |
| ☐ | N/A (Details) | 02/03/2020 | Daniel Michael Mcdonald | Larimer County | N/A | ☐ | Notice | Notice Judicial Civil Case Management | Public |

21 - 25 of 25

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | | Document Security | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | DB1CFDF7B6A84 | 03/16/2020 10:40 AM | Stanley Toshi Matsunaka, Melissa Kay Matsunaka | Clark Williams and Matsunaka LLC | Edward Klen, Stephen Klen (more) | ☐ | Motion | Unopposed Motion for Extension of Time to Respond to Unopposed Motion for Extension of Time to Respond to Motion to Dismiss Complaint. | Public |
| | | | | | | ☐ | Proposed Order *(Related Document)* | Proposed Order | Public |

1 – 20 of 25

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | | Document Title | Document Security |
|---|---|---|---|---|---|---|---|---|
| ☐ | 755C49FC1EB0F | 06/02/2020 5:11 PM | Gerald Lynn Jorgensen | Jorgensen Brownell and Pepin PC | Armed Beavers Llc, Richard Weingarten (more) | ☐ | Motion to Dismiss *(Related Document)* | Renewed Motion to Dismiss Complaint | Public |
| | | | | | | ☐ | Exhibit - Attach to Pleading/Doc | Exhibit 1 - 5-29-2019 Breach | Protected |
| | | | | | | ☐ | Exhibit - Attach to Pleading/Doc | Exhibit 2 - 7-1-2019 Breach | Protected |
| | | | | | | ☐ | Exhibit - Attach to Pleading/Doc | Exhibit 3 - PART 1 - Notice of... | Protected |
| | | | | | | ☐ | Exhibit - Attach to Pleading/Doc | Exhibit 3 - PART 2 - Notice of... | Protected |
| | | | | | | ☐ | Exhibit - Attach to Pleading/Doc | Exhibit 4 - Foreclosure Sale | Protected |
| | | | | | | ☐ | Exhibit - Attach to Pleading/Doc | Exhibit - Subordination Agreement | Protected |
| | | | | | | ☐ | Exhibit - Attach to Pleading/Doc | Exhibit - Subordination Agreement | Protected |
| | | | | | | ☐ | Exhibit - Attach to Pleading/Doc | Exhibit - Subordination Agreement | Protected |
| | | | | | | ☐ | Exhibit - Attach to Pleading/Doc | Exhibit - Email Confession | Protected |
| | | | | | | ☐ | Proposed Order | Proposed Order Re Renewed Motion to Dismiss Complaint | Public |
| ☐ | N/A (Details) | 05/19/2020 12:45 PM | Daniel Michael Mcdonald | Larimer County | N/A | ☐ | Order *(Related Document)* | Order Granting Motion to Amend Caption | Public |
| ☐ | 82E97AD75E70D | 05/18/2020 8:18 PM | Roger E Clark | Clark Williams and Matsunaka LLC | Edward Klen, Stephen Klen (more) | ☐ | Motion | Motion for Motion to Amend Caption | Public |
| | | | | | | ☐ | Proposed Order *(Related Document)* | Order for Motion to Amend Caption | Public |
| | | | | | | ☐ | Complaint - Amended | Amended Complaint for Monies Due and... | Public |
| | | | | | | ☐ | Exhibit - Attach to Pleading/Doc | Exhibit A for Monies Due and Complaint for... | Protected |
| | | | | | | ☐ | Exhibit - Attach to Pleading/Doc | Exhibit for Monies Due and Complaint for... | Protected |
| | | | | | | ☐ | Exhibit - Attach to Pleading/Doc | Exhibit for Monies Due and Complaint for... | Protected |
| | | | | | | ☐ | Exhibit - Attach to Pleading/Doc | Exhibit for Monies Due and Complaint for... | Protected |
| | | | | | | ☐ | Exhibit - Attach to Pleading/Doc | Exhibit for Monies Due and Complaint for... | Protected |
| | | | | | | ☐ | Exhibit - Attach to Pleading/Doc | Exhibit for Monies Due and Complaint for... | Protected |
| | | | | | | ☐ | Exhibit - Attach to Pleading/Doc | Exhibit for Monies Due and Complaint for Declaratory Judgment | Protected |
| ☐ | N/A (Details) | 05/05/2020 10:23 AM | Daniel Michael Mcdonald | Larimer County | N/A | ☐ | Order *(Related Document)* | ORDER JOINING GREAT WESTERN BANK AS A DEFENDANT AND DECLARING DEFENDANTS MOTION TO DISMISS MOOT | Public |
| ☐ | 4CF319E0B9A83 | 04/17/2020 2:27 PM | Gerald Lynn Jorgensen | Jorgensen Brownell and Pepin PC | Armed Beavers Llc, Chee Wei Fong (more) | ☐ | Reply | Reply in Support of Motion to Dismiss Complaint | Public |
| ☐ | 6A44F2BB911A3 | 04/11/2020 2:37 PM | Roger E Clark | Clark Williams and Matsunaka LLC | Stephen Klen, Angry Beavers Llc (more) | ☐ | Response | Plaintiff's Response to Defendants' Motion to... | Public |
| | | | | | | ☐ | Exhibit - Attach to Pleading/Doc | Exhibit to Plaintiff's Response to Defendants'... | Protected |
| | | | | | | ☐ | Proposed Order | Proposed Order Re Plaintiff's Response to Defendants' Motion to Dismiss Edward Complaint | Public |
| ☐ | N/A (Details) | 03/16/2020 2:35 PM | Daniel Michael Mcdonald | Larimer County | N/A | ☐ | Order *(Related Document)* | Order re Unopposed Motion for Extension of Time to Respond to Motion to Dismiss Complaint. | Public |

## Case History

| | Filed by Plaintiff/Petitioner | Case Number: 2020CV030103 | | | | Division: 4B | |
| | Filed by Defendant/Respondent | Case Type: Money | | | | Judicial Officer: Daniel Michael Mcdonald | |
| | Filed by Court | Case Caption: Klen, Edward et al v. Weingarten, Richard et al | | | | Court Location: Larimer County | |

**Download**  Show 20  1 - 20 of 25

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security | |
|---|---|---|---|---|---|---|---|---|
| ☐ | N/A (Details) | 07/16/2020 9:25 AM | Daniel Michael Mcdonald | Larimer County | N/A | ☐ | Order (Related Document) | ORDER GRANTING DEFENDANTS MOTION TO DISMISS AND DECLARING THE PARTIES RIGHTS AND OBLIGATIONS UNDER THE SUBORDINATION AGREEMENTS | Public |
| | N/A | 07/16/2020 | N/A | N/A | N/A | | Case Closed | N/A | |
| | N/A | 07/16/2020 | N/A | N/A | N/A | | Dismissed without Prejudice | N/A | |
| ☐ | D9F80D7F43D25 | 07/05/2020 3:28 PM | Roger E Clark | Clark Williams and Matsunaka LLC | Edward Klen, Stephen Klen (more) | ☐ | Reply | Combined Sur Reply to the Reply of Defendants other than Great Western Bank and Response to Great Western Bank's Joinder in Renewed Motion to Dismiss | Public |
| ☐ | N/A (Details) | 06/24/2020 3:41 PM | Daniel Michael Mcdonald | Larimer County | N/A | ☐ | Order (Related Document) | Order Granting Unopposed Motion for Leave to File Sur Reply | Public |
| ☐ | B704CAB54F1EA | 06/24/2020 3:11 PM | Roger E Clark | Clark Williams and Matsunaka LLC | Stephen Klen, Angry Beavers Llc (more) | ☐ | Motion | Unopposed Motion for Leave to File Sur Reply | Public |
| | | | | | | ☐ | Proposed Order (Related Document) | Unopposed Motion for Leave to File Sur Reply | Public |
| ☐ | 79D1D2C36017B | 06/23/2020 10:18 AM | Gerald Lynn Jorgensen | Jorgensen Brownell and Pepin PC | Richard Weingarten, Chee Wei Fong (more) | ☐ | Reply | Reply in Support of Renewed Motion to Dismiss | Public |
| ☐ | B33CB75B365F9 | 06/22/2020 12:10 PM | Michael Christopher Payne | Coan Payton and Payne LLC | Great Western Bank | ☐ | Motion | Defendant Great Western Banks Joinder in Renewed Motion to Dismiss Complaint | Public |
| ☐ | 717141BC6AE9D | 06/16/2020 6:31 PM | Michael Christopher Payne | Coan Payton and Payne LLC | Great Western Bank | ☐ | Entry of Appearance | Entry of Appearance | Public |
| ☐ | A16825032E1B4 | 06/13/2020 4:27 PM | Roger E Clark | Clark Williams and Matsunaka LLC | Edward Klen, Stephen Klen (more) | ☐ | Response - Motion to Dismiss | Plaintiffs' Response to Defendants' Renewed Motion to Dismiss | Public |
| | | | | | | ☐ | Proposed Order | Plaintiffs' Response to Defendants' Renewed Motion to Dismiss | Public |
| | | | | | | ☐ | Exhibit - Attach to Pleading/Doc | Response to Defendants' Renewed Motion to Dismiss (Stephen Klen) | Protected |
| ☐ | A0680D3A1408B | 06/04/2020 8:09 PM | Roger E Clark | Clark Williams and Matsunaka LLC | Edward Klen, Stephen Klen (more) | ☐ | Return of Service | Return of Service (Great Western Bank) - Served on registered agent (CT Corporation) on June 3, 2020 @ 9:52 a.m. by process server, leaving documents with A. Hanson. | Public |
| ☐ | EB2F53FD1EE2A | 06/02/2020 8:25 PM | Roger E Clark | Clark Williams and Matsunaka LLC | Edward Klen, Stephen Klen (more) | ☐ | Civil Case Cover Sheet | Amended Civil Case Cover Sheet | Public |
| | | | | | | ☐ | Summons | Summons (Great Western Bank) | Public |