UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re ) | | |
| Richard Weingarten, ) | Case No. 20-bk-16815 | |
| ) | | |
| Debtor ) | Chapter 11    Subchapter V | |

| | | |
|---|---|---|
| Stephen J. Klen and Edward J. Klen, ) | Adversary No. 21-ap-01009 | |
| ) | | |
| Plaintiffs ) | | |
| ) | | |
| vs. ) | | |
| ) | | |
| Richard Weingarten and ) | | |
| Chee Wei Fong, ) | | |
| ) | | |
| Defendants ) | | |

**ORDER REGARDING PLAINTIFFS' MOTION TO TOLL DEADLINES**

This matter comes before the Court on Plaintiffs Edward Klen and Stephen Klen's Motion to toll deadlines in this matter for twenty days. The Court being duly advised in the premises, hereby ORDERS :

The motion is granted.

DATED:  March 8, 2021

BY THE COURT:

Joseph G. Rosania, Jr.,
United States Bankruptcy Judge